BRYAN CAVE LLP
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 437-8808
E-Mail:      sean.muntz@bryancave.com

BRYAN CAVE LLP
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:      david.deruig@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES MINIX, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; NDEX WEST, LLC AND DOES 1-50, inclusive,<br><br>  Defendants. | Case No. CV11-03478 PSG<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES<br><br>[Fed. R. Civ. Proc. 7.1]<br><br>(Santa Clara County Superior Court Case No. 111CV203051) |

The undersigned, counsel of record for Defendants JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., certify based on current knowledge, the following:

1. Plaintiff Delores Minix is a party to this action.
2. Defendant JPMorgan Chase Bank, N.A., a party to this action, is a wholly owned subsidiary of JPMorgan & Chase Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.
3. Mortgage Electronic Registration Systems, Inc. is a defendant in this action and is a Delaware corporation with its principal place of business in the state of Virginia.

Dated: July 15, 2011

**BRYAN CAVE LLP**
Sean D. Muntz
David N. de Ruig

By: _____

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.