**United States District Court**
For the Northern District of California

1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    DELORES MINIX,                                    No. C 11-03478 SI

9              Plaintiff,                              **ORDER TO SHOW CAUSE WHY CASE**
                                                       **SHOULD NOT BE DISMISSED FOR**
10     v.                                              **FAILURE TO PROSECUTE; AND**
                                                       **VACATING NOVEMBER 18, 2011**
11   JPMORGAN CHASE BANK, N.A. et al.,                 **HEARING**

12              Defendants.
                                              /
13

14

15          On July 14, 2011, plaintiff – who is represented by counsel – filed this suit in Santa Clara County

16   Superior Court.  Defendants removed this action to the Northern District of California and the matter

17   was assigned to Judge Jeremy Fogel.  On September 28, 2011, the case was re-assigned to Judge Susan

18   Illston, located at the federal courthouse at 450 Golden Gate Avenue, San Francisco, CA 94010.

19          On July 22, 2011, defendants JP Morgan Chase Bank, N.A. and Mortgage Electronic

20   Registration Systems, Inc. filed a motion to dismiss plaintiff's complaint.  Plaintiff did not file a timely

21   reply to this motion.  However, because the case was re-assigned to Judge Illston, all of the matters

22   scheduled for hearing were vacated and the parties were order to re-file their motions.  On September

23   30, 2011, defendants JP Morgan Chase and Mortgage Electronic Registration Systems re-filed their

24   motion to dismiss.  Doc. 21.  The motion is scheduled for a hearing on November 18, 2011.  Pursuant

25   to Civil Local Rule 7-3(a), plaintiff's opposition was due by October 14, 2011.  Plaintiff has not yet filed

26   an opposition, nor has she communicated in any way with the Court concerning these matters.

27          Plaintiff is hereby **ORDERED TO SHOW CAUSE in writing to be filed no later than**

28   **November 28, 2011**, why this case should not be dismissed without prejudice for failure to prosecute.

1  *See* Fed. R. Civ. Proc. 41(b).  Plaintiff is notified that an inadequate or untimely response will result in

2  dismissal.  **The November 18, 2011 hearing on defendants' motion to dismiss is VACATED, and**

3  **will be rescheduled if necessary.**

4

5

6          **IT IS SO ORDERED.**

7

8  Dated: November 14, 2011

SUSAN ILLSTON
9                                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2