IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES MINIX, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; NDEX WEST, LLC and<br>DOES 1 through 50, inclusive,<br><br>       Defendants.<br>_____/ | No. C 11-3478 CW<br><br>ORDER DISMISSING<br>PLAINTIFF'S CLAIMS<br>AGAINST DEFENDANT<br>NDEX WEST FOR<br>FAILURE TO<br>PROSECUTE |

On June 14, 2011, Plaintiff Delores Minix filed this action against Defendants JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc. (MERS) and NDEX West, LLC.  On July 15, 2011, JP Morgan Chase and MERS removed the action to federal court.  On January 3, 2012, the Court granted JP Morgan Chase's and MERS' unopposed motion to dismiss the claims against them and set a deadline for Plaintiff to serve the summons and complaint on the remaining Defendant, NDEX West, in accordance with Federal Rule of Civil Procedure 4(m).  Plaintiff has failed to meet the January 17, 2012 deadline for service.  Accordingly, Plaintiff's claims against NDEX West are dismissed without prejudice for failure to prosecute.  The clerk shall close this case.

   IT IS SO ORDERED.

Dated: 1/19/2012

_____
CLAUDIA WILKEN
United States District Judge